1  **WO**

7        IN THE UNITED STATES DISTRICT COURT
8            FOR THE DISTRICT OF ARIZONA

12 DONALD MUHAMMAD,            )
                               )
13             Plaintiff,      )   No. CIV 06-1057 PHX RCB
                               )
14        Vs.                  )      O R D E R
                               )
15 GREYHOUND BUS LINES, INC.,  )
                               )
16             Defendant.      )
   _____)

     Defendant Greyhound Bus Lines, Inc. has filed a motion to dismiss for insufficient service of process, contending that plaintiff had caused a copy of the Summons and Complaint to be served upon a manager at the Greyhound Lines bus terminal in Phoenix, Arizona, and that that manager was not authorized to accept service of process.

     Defendant has responded to that motion by what he styles as a Motion to Dismiss Defendant's Motion for Insufficient Information of Service of Process.[1] Plaintiff does not assert that his process

---

    [1]Plaintiff further includes in the document what he characterizes as a Motion to Set for Jury Trial Pleading for a Jury Trial to Set a

1  server served a person authorized to receive process but makes a
2  variety of allegations which do not bear on the question of
3  jurisdiction.  Defendant has replied.
4      An action is not properly served on a corporation unless a
5  copy of the Summons and Complaint is delivered to "an officer, a
6  managing or general agent, or to any other agent authorized by
7  appointment or by law to receive service of process . . ."  Rule
8  4(h)(1) Fed. R. Civ. P.  Plaintiff does not even assert that the
9  person served at the Greyhound terminal was a manager within the
10 meaning of Rule 4(h)(1).
11     IT IS ORDERED granting Defendant's motion to dismiss for
12 insufficient service of process.  The Clerk is directed to
13 terminate this action.
14     DATED this 25th day of July, 2006.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to plaintiff pro se and counsel of record

---

Date.  This motion is moot in light of the court's ruling on the pending motion to dismiss.

-2-